| | |
|---|---|
| PROB 22 (Rev. 2/88) | **DOCKET NUMBER** *(Tran. Court)* 0645 2:16CR20797-02 |
| **TRANSFER OF JURISDICTION** | **DOCKET NUMBER** *(Rec. Court)* 2:23-cr-00128-JAD-VCF-1 |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| Dalen Cage | Eastern District of Michigan | Detroit |
| | **NAME OF SENTENCING JUDGE** Honorable Nancy G. Edmunds | |
| | **DATES OF PROBATION/ SUPERVISED RELEASE** | **FROM** 08/01/2022 | **TO** 07/31/2024 |

**OFFENSE**
Count 5: 18 U.S.C. § 924(c) -Possession of a Firearm in Furtherance of a Drug Trafficking Crime

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE  EASTERN  DISTRICT OF  MICHIGAN

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the District of Nevada upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.

| June 26, 2023 | s/ Nancy G. Edmunds |
|---|---|
| *Date* | *United States District Judge* |

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEVADA

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

| July 18, 2023 | [signature] |
|---|---|
| *Effective Date* | *United States District Judge* |

**UNITED STATES PROBATION OFFICE**
**DISTRICT OF NEVADA**
**MEMORANDUM**

**RE: Dalen Cage**

**Case No.: TO BE ASSIGNED**

**VIOLATION REPORT**
**REQUESTING ACCEPTANCE OF JURISDICTION**

July 13, 2023

TO:    U.S. District Judge:

On February 1, 2018, Dalen Cage was sentenced in the Eastern District of Michigan by U.S. District Court Judge Nancy G Edmunds to five (5) years custody followed by two (2) years of supervised release for committing the offense of Possession of a Firearm in Furtherance of a Drug Trafficking Crime in Case Number: 2:16CR20797 (2). On August 1, 2022, Cage commenced supervised release in the District of Nevada.

On March 31, 2023, Cage received a citation for committing the offense Operate a Motor Vehicle When License or Registration Suspended for Failure to Maintain Insurance, a violation of NRS 485.0330, a misdemeanor in Clark County Justice Court, Las Vegas Township, Nevada, Case No. 23-CR-026948.

On or about April 12, 2023, Cage was terminated from his employment at Flexaust, due to not intervening when two other employees were involved in a physical altercation. Cage has remained unemployed since.

On May 21, 2023, Cage committed the following offenses: Sell Schedule I or II Controlled Substance (2nd), in violation of Nevada Revised Code 453.321.2B, a felony and Possession to Sell a Schedule I/II GHB, in violation of Nevada Revised Code 453.337.2B, a felony.

During the prerelease phase, Cage was approved to release to Las Vegas to reside with his "aunt". Cage never resided with his aunt. Cage is a lifelong resident of Michigan, having previously never resided in Nevada.

On May 22, 2023, the District of Nevada informed Eastern District of Michigan of new law violation conduct and requested a warrant be issued for Cage as well as his return to their district.

On June 26, 2023, the Honorable Nancy G. Edmunds took judicial notice of Cage's non-compliance and initiated the transfer of jurisdiction for this case.

**RE: Dalen Cage**

Cage is currently residing in Las Vegas and intends to remain in the District of Nevada for the entirety of his supervision term. The Judicial Conference recommends transfer of jurisdiction for persons under supervision to reduce the burden and expedite the response. Consistent with this recommendation, the Probation Office is recommending our Court accept jurisdiction of this case. The Honorable Nancy G. Edmunds has agreed to relinquish jurisdiction as evident by her signature on the attached Transfer of Jurisdiction form. If Your Honor agrees, please countersign the form accepting Jurisdiction.

Respectfully submitted,

_____

Nickie Pipilakis
United States Probation Officer

Approved:

_____

Todd J. Fredlund
Supervisory United States Probation Officer