# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>DALEN CAGE,<br><br>　　　　Defendant. | Case No. 2:23-cr-00128-JAD-VCF-1<br><br>**ORDER** |

　　　IT IS THEREFORE ORDERED that the revocation hearing currently scheduled for Monday, May 13, 2024 at 10:00 a.m., be vacated and continued to May 21, 2024 at the hour of 11:00 a.m.; or to a time and date convenient to the court.

　　　DATED this 9th day of May, 2024.

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

3